UNITED STATES of America, Plaintiff-Appellee,

v.

Ollie WILLIAMS, Defendant-Appellant.

No. 71–1799
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Sept. 7, 1971.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

Eddie H. Tucker, Jackson, Miss. (Court-appointed), for defendant-appellant.

Robert E. Hauberg, U. S. Atty., E. Donald Strange, Daniel E. Lynn, Asst. U. S. Attys., Jackson, Miss., for plaintiff-appellee.

Before BELL, AINSWORTH and GODGOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]